450 A.2d 189

Com. ex rel. Weston v. Apone.

Appeal of Russell Weston.

Argued June 21, 1982. Samuel C. Stretton, submitted a brief on behalf of appellant; Arthur R. Thomas, for appellee.

Before WICKERSHAM, McEWEN and LIPEZ, JJ.

The order of the learned Bucks County Common Pleas Court Judge Isaac S. Garb is affirmed.